IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRITON TECH OF TEXAS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 2:10-cv-328-JRG <br> NINTENDO OF AMERICA INC.; ) <br> APPLE, INC.; ) **JURY TRIAL DEMANDED** <br> XSENS NORTH AMERICA, INC., AND ) <br> HILLCREST LABORATORIES, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

NOW COMES Timothy S. Teter and Benjamin Damstedt of Cooley LLP, and pursuant to Local Rule CV-11(f), request that the Clerk of this Court remove their names and contact information from the list of persons authorized to receive electronic notices in the above-styled and numbered civil action.

Respectfully submitted,

Dated:  January 22, 2013          By:   */s/ Timothy S. Teter*

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Debra Coleman
Texas Bar No. 24059595
drc@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, TX 75606
Tel:  903-757-8449

Fax:  903-758-7397

Timothy S. Teter
CA State Bar No. 171451
teterts@cooley.com
Benjamin Damstedt
CA Stat Bar No. 230311
bdamstedt@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94304-1130
Tel:  650-843-5000
Fax:  650-849-7400

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on January 22, 2013.

By:  */s/ Timothy S. Teter*

1093066 v1/HN