HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TRITON TECH OF TEXAS, LLC, | Case No. 2:13-cv-00157 RAJ |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| NINTENDO OF AMERICA INC., et al., | |
| Defendants. | |

Plaintiff Triton Tech of Texas, LLC and Defendant Xsens North America, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate and request that the court enter an order dismissing all claims in this action with prejudice, each party to bear its own costs, expenses and attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
(Case No. 2:13-cv-00157-RAJ)
Page |1

*HENINGER GARRISON DAVIS, LLC*
169 Dauphin Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 298-8701
Facsimile: (205) 547-5504

| | |
|---|---|
| Date: March 13, 2013 | Dated: March 13, 2013 |
| By: *s/ Lawrence D. Graham* | By: *s/ Douglas L. Bridges* |
| Lawrence D. Graham, WSBA No. 25402 | R. Glenn Phillips, WSBA No. 14220 |
| **LOWE GRAHAM JONES PLLC** | **PHILLIPS LAW FIRM** |
| 701 Fifth Avenue, Suite 4800 | 13303 NE 175 Street |
| Seattle, Washington 98104 | Woodinville, WA 98072 |
| Telephone: (206) 381-3300 | Telephone: (425) 482-1111 |
| Facsimile: (206) 381-3301 | Facsimile: (425) 482-6653 |
| Email: graham@lowegrahamjones.com | Email: glenn@justiceforyou.com |
| **Of Counsel:** | **Of Counsel:** |
| Phillip M. Pippenger | Douglas L. Bridges (*pro hac vice*) |
| **LEYDIG VOIT & MAYER** | **HENINGER GARRISON DAVIS, LLC** |
| Two Prudential Plaza | 169 Dauphin Street, Suite 100 |
| 180 North Stetson, Suite 4900 | Mobile, Alabama 36602 |
| Chicago, Illinois 60601-6780 | Telephone: (251) 298-8701 |
| Telephone: (312) 616-5600 | Facsimile: (205) 547-5504 |
| Facsimile: (312) 616-5700 | Email: dbridges@hgdlawfirm.com |
| Email: dkapmar@leydig.com | |
| Email: ppippenger@leydig.com | |
| | *Attorneys For Plaintiff* |
| *Attorneys For Xsens N.A., Inc.* | *Triton Tech of Texas, LLC* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
(Case No. 2:13-cv-00157-RAJ)
Page |2

*HENINGER GARRISON DAVIS, LLC*
169 Dauphin Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 298-8701
Facsimile: (205) 547-5504

**ORDER**

Plaintiff Triton Tech of Texas, LLC and Defendant Xsens North America, Inc., by and through their attorneys of record, having stipulated for dismissal of all claims asserted in this matter with prejudice, each party to bear its own costs, expenses and attorneys' fees, and the court being fully advised in the premises; NOW THEREFORE,

IT IS HEREBY ORDERED that the above-entitled matter, including all claims asserted therein, shall be dismissed from the above-entitled action with prejudice and without any costs, fees, or interest to any party

DATED this ___day of March 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**HENINGER GARRISON DAVIS, LLC**

By: *s/ Douglas L. Bridges*
Douglas L. Bridges (*pro hac vice*)

Attorneys for Plaintiff

**LOWE GRAHAM JONES PLLC**

By: *s/ Lawrence D. Graham*
Lawrence D. Graham, WSBA No. 25402

Attorneys for Defendant

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
(Case No. 2:13-cv-00157-RAJ)
Page |3

*HENINGER GARRISON DAVIS, LLC*
169 Dauphin Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 298-8701
Facsimile: (205) 547-5504

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that a true and correct copy of the foregoing document was served by e-mail via the Court's ECF System to all counsel of record on March 13, 2013.

*/s/ Douglas L. Bridges*
Douglas L. Bridges

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
(Case No. 2:13-cv-00157-RAJ)
Page |4

*HENINGER GARRISON DAVIS, LLC*
169 Dauphin Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 298-8701
Facsimile: (205) 547-5504