HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRITON TECH OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC., et al.,<br><br>    Defendants. | Case No. 2:13-cv-00157 RAJ<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

NOTICE IS HEREBY GIVEN that Plaintiff Triton Tech of Texas, LLC, in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit the Court's June 27, 2013 Order deeming U.S. Patent No. 5,181,181 invalid for indefiniteness (Dkt. #155), the sole basis for which is the Court's Claim Construction Order dated June 4, 2013 (Dkt. #153).[1]

---

[1] In its Claim Construction Order, the Court found that the terms "integrator means" and "processing means" are indefinite, and thus, concluded that "each of the asserted claims is indefinite." (Dkt. #153 at 16).

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
(Case No. 2:13-cv-00157-RAJ)
Page |1

*HENINGER GARRISON DAVIS, LLC*
9800 Topanga Canyon Blvd. #347
Chatsworth, CA 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

Dated: June 27, 2013

Respectfully submitted,

By: *s/ Steven W. Ritcheson*_____
R. Glenn Phillips, WSBA No. 14220
**PHILLIPS LAW FIRM**
13303 NE 175 Street
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653
Email: glenn@justiceforyou.com

**Of Counsel:**

Steven W. Ritcheson (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
9800 Topanga Canyon Blvd. #347
Chatsworth, CA 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
Email: switcheson@hgdlawfirm.com


*Attorneys For Plaintiff*
*Triton Tech of Texas, LLC*

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
(Case No. 2:13-cv-00157-RAJ)
Page |2

*HENINGER GARRISON DAVIS, LLC*
9800 Topanga Canyon Blvd. #347
Chatsworth, CA 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that a true and correct copy of the foregoing document was served by e-mail via the Court's ECF System to all counsel of record on June 27, 2013.

                                                 */s/ Steven W. Ritcheson*
                                                 Steven W. Ritcheson

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
(Case No. 2:13-cv-00157-RAJ)
Page |3

*HENINGER GARRISON DAVIS, LLC*
9800 Topanga Canyon Blvd. #347
Chatsworth, CA 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383