HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRITON TECH OF TEXAS, LLC, | No. 2:13-cv-00157-RAJ |
| Plaintiff, | **NINTENDO OF AMERICAN INC.'S MOTION TO TAX COSTS** |
| v. | |
| NINTENDO OF AMERICA INC.*, et al.*, | **NOTE FOR CLERKS MOTION CALENDAR:  FRIDAY, AUGUST 2, 2013** |
| Defendants. | |

**NINTENDO'S MOTION TO TAX COSTS**
(No. 2:13-cv-00157) – 1

LEGAL27191964.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Judgment having been entered in the above entitled action on June 27, 2013, against plaintiff Triton Tech of Texas, LLC, the Clerk is requested to tax costs as set forth in the attached bill or costs and Exhibit A thereto itemizing the costs.

DATED this 17th day of July, 2013.

s/ *Grant Kinsel*
Grant Kinsel # 172407 (CA)
(pro hac vice)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  GKinsel@perkinscoie.com
Attorneys for Defendant
Nintendo of America Inc.

**NINTENDO'S MOTION TO TAX COSTS**
(No. 2:13-cv-00157) – 2
LEGAL27191964.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000