UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRITON TECH OF TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>Defendant. | Case No. C13-157 RAJ<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF - TRITON TECH OF TEXAS, LLC and on behalf of DEFENDANT - NINTENDO OF AMERICA, INC. in the amount of $9,563.68 and included in the judgment as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  FEES OF THE CLERK | $400.00 | $400.00 | -0- |
| Pro hac vice fees are not taxable costs. | | | |
| II.  FEES OF THE COURT REPORTER FOR TRANSCRIPTS | $5,256.54 | -0- | $5,256.54 |
| III.  FEES FOR WITNESSES | $591.24 | -0- | $591.24 |
| IV. FEES FOR EXEMPLIFICATION AND COPIES | $553.06 | -0- | $553.06 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. COMPENSATION OF COURT APPOINTED EXPERTS | $3,162.84 | -0- | $3,162.84 |
| VI. OTHER COSTS | $211.86 | $211.86 | -0- |

The expenses for the express delivery of documents and the purchase of product samples are not taxable costs.

Dated this ___1st___ day of August, 2013.

William M. McCool, Clerk
U. S. District Court


By:_____S/ Joseph Whiteley_____
       Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -- 2